United States District Court
Southern District of Texas
**ENTERED**
August 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 4:17-cv-00489 |
| v. | ) |
| NING ZHUANG, | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: All parties claims against each other are hereby dismissed with prejudice. Each party shall bear its own attorneys' and costs. This case is closed for administrative purposes.

SO ORDERED this **21** day of **Aug**, 2017.

By: _____
UNITED STATES DISTRICT JUDGE

1